

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00756-CV

**IN THE INTEREST OF J.M.A.-H., ET AL,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00165
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed in the trial court on November 16, 2017. The court reporter's record was thus due on November 27, 2017. On November 30, 2017, the court reporter filed a Notification of Late Record stating that she will be unable to file the reporter's record until December 15, 2017.

    The notification of late record is NOTED. We ORDER the reporter's record to be filed no later than December 15, 2017. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court